Cheshire,
Dec. 3, 1929.

ARTHUR OLSEN, *Trustee, v.* WILLIAM DINAGAN *& a.*

*Petitioner, pro se.*

*Per Curiam.* The petitioner is instructed that the divorce did not terminate the trust, and that it continues while the divorced wife lives unless the son predeceases her.

*Case discharged.*